CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JAN 18 2008
JOHN F. CORCORAN, CLERK
BY: /s/ J. Jaralee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDRE JARRARD WALLER,<br>Petitioner, | Civil Action No. 7:07CV00337 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Hon. Norman K. Moon<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and to counsel of record for respondent.

ENTER: This 18th day of January, 2008.

_/s/ Norman K. Moon_
United States District Judge